**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| IGNACIO FLETES VERA, | Case No.: 12-cv-07078-SS |
| Plaintiff, | JUDGMENT |
| vs. | (42 U.S.C. § 405(g)(sentence 6) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant | |

Based on the stipulation of the parties and the favorable ALJ decision after remand, the court enters judgment in favor of Ignacio Fletes Vera and against the Commissioner of Social Security on the basis of the favorable decision issued by the ALJ on remand.

IT IS SO ORDERED.

DATE: 1/25/18

/S/
THE HONORABLE SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

-1-

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Lawrence D. Rohlfing*
_____
Lawrence D. Rohlfing
Attorney for plaintiff IGNACIO FLETES VERA